UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PEREZ,<br>    Petitioner<br>v.<br>UNITED STATES OF AMERICA,<br>    Respondent. | Case No. CV 18-04771-RGK (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Petition For Writ Of Habeas Corpus,

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: June 01, 2018  _____

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE